RECEIVED IN
The Court of Appeals
Sixth District

JAN 2 0 201
Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

JAN 2 0 2015

Texarkana, Texas
Debra K. Autrey, Clerk

CAUSE NO. _____

| | |
|---|---|
| THE STATE OF TEXAS | IN THE DISTRICT COURT |
| Billie Murphy Tremble, | OF RUSK COUNTY, TEXAS |
| Sharon Tremble Donaldson, | CASE NO'(s) 2013 - 390, |
| Selia Tremble Shawkey, | 2013 - 391, 2013 - 392 |
| Wilmer Forrest Tremble, Jr., | |
| "The Estate of Wilmer Forrest Tremble, Sr." | |
| Appellant(s), | |

Vs.

Luminant Mining Company LLC,
Energy Future Holdings Corporation
and Subsidiaries
Appellee.

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Appellant(s) Billie Murphy Tremble, Sharon Tremble Donaldson, Selia Tremble Shawkey, Wilmer Forrest Tremble, Jr. files this appeal complaining of the Appellee Luminant Mining Company LLC and its subsidiaries the support respectfully shows:

The undivided inherited property is 128.46 acres more or less located in Rusk County, Texas.

# INTRODUCTION

The Appellant(s) will expose the Appellee's possession of heir property the support is as follows: Id.at 751, sec C Tex. RC1V+166d. We are raising a genuine issue of material fact. The Appellee withheld pertinent information from Appellant(s). Nottingham Brick & Title Co. v. Butler (1889) 16 QBD 778. We by law did not and were not privy to pertinent information. All heirs to said land in Rusk County, Texas have been mislead by the Appellee and its representatives. Numerous inquiries have been made and never answered, nor addressed, just ignored.

# FACTUAL ALLEGATIONS

The Appellant(s) question why all family members were not served each and every time with the Petition, Partition or Summary Judgment.

**The Uniform Partition of Heir's Property Act (UPHPA)** the Appellee **did not** take the appropriate steps to be compliant with the law.

> The **co-tenants were never allowed the 45 days to exercise their right of first refusal, and if exercised, another 60 days in which to arrange for financing.**

> The **court** must hold a hearing to consider evidence and the hearing was a Plaintiff's Traditional and No Evidence Motion for Summary Judgment.

The Appellant was notified of **Final Judgment,** Re: Cause No. 2013-390, No. 2013-391 and No. 2013-392. The court signed the judgment on December 16, 2014 by Laury Mark, Deputy. The judgment was not accompanied by an explanation.

**The Appellee has sold and auctioned off the property in secret thereby violating the Civil and Constitutional Rights of the Appellant.**

2

The Appellee withheld pertinent information from Appellant(s). On December 6, 2013 the Appellant(s) received a letter regarding a claim by Appellee to interest in 70 acres more or less of timber. This warranted further investigation. Withheld from the nine heirs are documents in the Rusk County Court House with the Appellee recorded as owner of 100% of the property and as owner of 100% interest in the property; which was transferred on December 16, 2010 and December 21, 2010. A disavowal of inherited funds reduced to common property. The Appellant(s) are denied use, income, and have been made to think they have no rights to the property that has been part of their African American heritage for over 100 years.

**The Cash Warranty Deed was notarized on December 13, 2010 by Russell Davis contract Landman for Luminant Mining Company.** Emma Jean Tremble Smith was responsible for the deeding of All the acreage to the Appellee in her Cash Warranty Deed. Ms Smith's interest was only fractional at the time of transfer. The documents are filed in the Rusk County Clerk Office, Rusk County Appraisal District and the Court House in Rusk County, Texas. The deeding was on December 16, 2010 and on December 21, 2010. The other heirs had no knowledge of what occurred with Ms Smith's Cash Warranty Deed and the Appellee's part in this act. **Emma Jean Trimble Smith aka Emma Jean Tremble Smith is not nor has she ever been the Executor of the Estate, Administrator, nor the Trustee.**

The Cash Warranty Deed was the first conveyance to Appellee. There were five heirs who granted, sold and conveyed their undivided interest in all coal, lignite and or other near surface minerals to Appellee in Warranty Deeds.

The Mineral Deed and the Addendum are relevant. Sharon Tremble Donaldson, Selia Tremble Shawkey, and Wilmer Forrest Tremble, Jr. were sued and disinherited by the Appellee after the Last Will and Testament of Wilmer Forrest

Tremble, Sr. was presented. There was no power given to that instrument outside of the disinheritance. The Appellee cited the Appellant(s) Mineral Deed is "not relevant." However, there is an Addendum to the Mineral Deed that gives them all rights to the coal and lignite.

There are two gas wells on the property that have been plugged for years, but, were serviced on December 25, 2014. Those wells as of December 26, 2014 are fully operational.

**As evident to the information being presented the Appellant request Reverse and Render.**

It is our **prayer** that the honorable court will come to our rescue and not allow our undivided inherited property to become a statistic of African American inherited land taken by force. All these things are evident of a denial of justice and civil rights. A declaration that the acts and omissions described herein violated appellant(s) rights under the Constitution and laws of the United States. Our coveted Declaration of Independence says "all men are created equal," however, African Americans and other minorities have systematically been denied their land rights. Ownership of land has always been deemed a valuable economic resource that is and has been in many cases taken by violence, legal exploitation and trickery. It is our fervent prayer this land will remain in our family for generations to come. We the members of the "Estate of Wilmer Forrest Tremble, Sr." throw ourselves on the mercy of the court.

4

The Tremble Family
2010 Wineberry Dr.
Katy, TX 77494-50




CERTIFIED MAIL

7014 2120 0000 4226 9877

U.S. POSTAGE
PAID
KATY, TX
77449
JAN 15, 15
AMOUNT
$7.19
75501
00100104-06



The 6th Court of Appeals
100 N. State Line Ave. Rm 20
Texarkana, Tx
75501